## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TARA HUNTER (#575198)** | **CIVIL ACTION** |
| **VERSUS** | |
| **FREDERICK BOUTTE, ET AL.** | **NO. 19-00327-BAJ-EWD** |

### RULING AND ORDER

Before the Court is Petitioner's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1)**. The Petition is opposed. (Doc. 11).

On August 29, 2022, the Magistrate Judge issued a **Report and Recommendation (Doc. 23, the "R&R")**, recommending that Petitioner's Petition is timely, but nonetheless fails on the merits, and, further, that the Court deny Petitioner a certificate of appealability (COA). Petitioner objects to the R&R's disposition of the merits of her claims, and to the denial of a COA. (Doc. 15).

Upon de novo review, and having carefully considered Petitioner's Petition, the State's opposition, the state court record, Petitioner's objections, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Petitioner's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1)** be and is hereby **DENIED.**

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, in the event Petitioner pursues an appeal in this case, a certificate of appealability be and is hereby **DENIED** because reasonable jurists would not debate the denial of Petitioner's Petition or the correctness of the Court's substantive rulings.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 28th day of September, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**