UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**TARA HUNTER (#575198)**                                    **CIVIL ACTION**

**VERSUS**

**FREDERICK BOUTTE, ET AL.**                          **NO. 19-00327-BAJ-EWD**

## RULING AND ORDER

On October 13, 2022 Petitioner filed a document styled **Notice Of Intent To Appeal And Request For Return Date (Doc. 19)**, which this Court construes as a request for a certificate of appealability (COA) pursuant to 28 U.S.C. § 2253(c). The Court has already denied Petitioner a COA, determining that reasonable jurists would not debate the denial of Petitioner's habeas petition or the correctness of the Court's substantive rulings resulting in that denial. (Doc. 16 at p. 2). Petitioner offers no evidence or argument that would prompt reconsideration of the Court's prior order. (*See* Doc. 19).

Accordingly,

**IT IS ORDERED** that Petitioner's request for a COA be and is hereby **DENIED**.

Baton Rouge, Louisiana, this 28th day of October, 2022

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**